UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -

ANTONIO REYES,

            Defendant.

16 CR 272 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that Natali J.H. Todd, the attorney representing the above-captioned defendant, is substituted and the representation of the defendant is assigned to C.J.A. attorney Deveraux Cannick.

It is also ordered that a hearing to address the Defendant's violation of supervised release is scheduled for December 17, 2021, at 2:00 p.m.

**SO ORDERED.**

Dated: New York, New York
      November 30, 2021

Victor Marrero
U.S.D.J.